UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EMANUEL DELACRUZ, and on behalf of All Other
Persons Similarly Situated,

                                Plaintiff,

     -against-

THE COLLEGE OF WESTCHESTER, INC.,

                              Defendant.

Civ. No.: 1:17-cv-07398-VB

------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-28-17

## STIPULATION and Order OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the parties have reached a tentative resolution of this matter and that the above entitled action be, and the same hereby is discontinued without prejudice as against Defendant identified in the caption above, with Plaintiff having the right to reopen the action within 60 (sixty) days of the date of this Stipulation if the settlement is not consummated. This Stipulation may be electronically filed on the Court's ECF system.

Jeffrey M. Gottlieb, Esq.
Dana L. Gottlieb, Esq.
Gottlieb & Associates
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, New York 10003
Tel.: (212) 879-0240
Fax: (212) 982-6284

By: /s/ Dana L. Gottlieb
    Jeffrey M. Gottlieb, Esq.
    Dana L. Gottlieb, Esq.

Dated: November 27, 2017

Joseph J. DiPalma
JACKSON LEWIS P.C.
*Attorneys for Defendant*
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6920
Fax: (914) 946-1216

By: /s/ Joseph J. DiPalma
    Joseph J. DiPalma, Esq.

Dated: November 27, 2017

So Ordered:
/s/ Vincent Briccetti, U.S.D.J.
11/28/2017